**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7888

STEVEN RAY WILKERSON,

Plaintiff - Appellant,

versus

CHAPLAIN BEITZEL, W.C.I.; M. MEALIE, Dietary
Manager, W.C.I.; JON P. GALLEY, Warden,
W.C.I.; MARY ANNE SAAR, D.O.C. Secretary;
ROBERT L. ERLICH, JR., Governor,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, District Judge. (CA-
05-1270-JFM)

Submitted: March 30, 2006          Decided: June 6, 2006

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Ray Wilkerson, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Stephanie Judith Lane Weber, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven Ray Wilkerson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wilkerson v. Beitzel, No. CA-05-1270-JFM (D. Md. Nov. 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED